United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM EL-AHEIDAB,

        Plaintiff,

    v.

CITIBANK (SOUTH DAKOTA), N.A.,

        Defendant.
_____/

No. C-11-5359 EMC

**ORDER STRIKING FIRST AMENDED COMPLAINT**

**(Docket No. 8)**

        The Court notes that on January 5, 2012, Plaintiff filed a First Amended Complaint in this action. *See* Docket No. 8. Because it was filed well beyond the time frame for amendment as of right under Rule 15 and Plaintiff failed to seek leave of Court, the Court **STRIKES** the amended complaint from the record. The Court still has under submission Defendant's Motion to Dismiss. Docket No. 5. The parties are directed not to file any pleadings until the Court issues its order on Defendant's motion.

        IT IS SO ORDERED.

Dated: January 18, 2012

_____
EDWARD M. CHEN
United States District Judge