Stuart B. Wolfe (SBN 156471)
Brian H. Gunn (SBN 192594)
W. Brian Jones (SBN 251889)
*wbjones@wolfewyman.com*
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
CITIBANK, NATIONAL ASSOCIATION, as
successor by merger to Citibank (South Dakota), N.A

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>          Plaintiff,<br><br>   v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC<br>Date:   March 9, 2012<br>Time:   9:00 a.m.<br>Place:  Courtroom 5, 17th Floor<br><br>Assigned to the Hon. Edward M. Chen |

COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

WHEREAS, the Court scheduled a case management conference for March 9, 2012;

WHEREAS, the Court granted Citibank's Motion to Dismiss Plaintiff's Complaint;

WHEREAS, Plaintiff's deadline to file a First Amended Complaint will not expire before the case management conference as currently scheduled, and the case will not be at issue at that time or otherwise ripe for case management;

NOW, THEREFORE, the Parties stipulate and agree that the Court's case management conference shall be continued to April 13, 2012, or another date thereafter that is convenient for the

1014713.1

Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED: March 1, 2012      WOLFE & WYMAN LLP

By: /s/ W. Brian Jones SBN 251889
STUART B. WOLFE
BRIAN H. GUNN
W. BRIAN JONES
Attorneys for Defendant
**CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

DATED: March 1, 2012

DOWLING & MARQUEZ ~~BECKMAN MARQUEZ & DOWLING~~, LLP

By: _____
CURTIS F. DOWLING, ESQ.
Attorneys for Plaintiff
**ADAM EL-AHEIDAB**

### [PROPOSED] ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for March 9, 2012 at 9:00 a.m., is hereby continued to April 13, 2012, and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO ORDERED.

Dated: 3/2/12, ~~2011~~

JUDGE
*IT IS SO ORDERED*
Judge Edward M. Chen

STIPULATION AND ORDER CONTINUING CMC

1014713.1