**Stuart B. Wolfe (SBN 156471)**
**Brian H. Gunn (SBN 192594)**
**W. Brian Jones (SBN 251889)**
*wbjones@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**CITIBANK, NATIONAL ASSOCIATION, as**
**successor by merger to Citibank (South Dakota), N.A**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>              Plaintiff,<br><br>   v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC<br>Date:   March 9, 2012<br>Time:   9:00 a.m.<br>Place:  Courtroom 5, 17th Floor<br><br>Assigned to the Hon. Edward M. Chen |

COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

WHEREAS, the Court scheduled a case management conference for March 9, 2012;

WHEREAS, the Court granted Citibank's Motion to Dismiss Plaintiff's Complaint;

WHEREAS, Plaintiff's deadline to file a First Amended Complaint will not expire before the case management conference as currently scheduled, and the case will not be at issue at that time or otherwise ripe for case management;

NOW, THEREFORE, the Parties stipulate and agree that the Court's case management conference shall be continued to April 13, 2012, or another date thereafter that is convenient for the

1
**STIPULATION AND ORDER CONTINUING CMC**

1014713.1

1  Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial
2  Case Management Conference and ADR Deadlines" shall comport with the continued Case
3  Management Conference date.
4
5      IT IS SO STIPULATED.
6  DATED: March 1, 2012                    WOLFE & WYMAN LLP
7
8                                          By: /s/ W. Brian Jones  SBN 251889
                                              STUART B. WOLFE
9                                              BRIAN H. GUNN
                                              W. BRIAN JONES
10                                          Attorneys for Defendant
11                                          **CITIBANK, NATIONAL ASSOCIATION, as
                                            successor by merger to Citibank (South Dakota),
12                                          N.A**
13 DATED: March 1, 2012                   DOWLING & MARQUEZ, LLP
14
15                                         By: _____
                                              CURTIS F. DOWLING, ESQ.
16                                          Attorneys for Plaintiff
                                            **ADAM EL-AHEIDAB**
17
18                              **[PROPOSED] ORDER**
19      The Court, having reviewed the Stipulation Continuing Case Management Conference, and
20 Good Cause appearing therefore, makes the following Order:
21      The Case Management Conference currently scheduled for March 9, 2012 at 9:00 a.m., is
22 hereby continued to April 13, 2012, and all deadlines contained in the Court's "Order
23 Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued
24 Case Management Conference date.
25      IT IS SO ORDERED.
26      3/2/12
27 Dated: _____, 2011         _____
28                                       JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

**STIPULATION AND ORDER CONTINUING CMC**

1014713.1