CURTIS F. DOWLING (SBN 188091)
**DOWLING & MARQUEZ, LLP**
703 Market Street, Suite 1610
San Francisco, California 94103
Tel: (415) 495-8500
Fax: (415) 495-8590

Attorneys for Plaintiff
ADAM EL-AHEIDAB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>    Plaintiff,<br><br>vs.<br><br>CITIBANK (SOUTH DAKOTA), N.A., et al.<br><br>    Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION TO SUBSTITUTE DEFENDANTS, AND ORDER APPROVING STIPULATION** |

The court having directed plaintiff to substitute defendants in its Order Granting In Part and Denying in Part Defendant's Motion to Dismiss, filed February 15, 2012, plaintiff ADAM EL-AHEIDAB and CITIBANK, NATIONAL ASSOCIATION, as successor by merger to CITIBANK (South Dakota), N.A., by and through their counsel of record, hereby stipulate to the following:

    1.    That CITIBANK, NATIONAL ASSOCIATION, as successor by merger to CITIBANK (South Dakota), N.A., be substituted into this action as a defendant in the place of the

1

originally-named defendant, CITIBANK (South Dakota), N.A.

Dated: March 16, 2012    DOWLING & MARQUEZ, LLP

By: Curtis F. Dowling, Esq.
Attorneys for Plaintiff
ADAM EL-AHEIDAB

Dated: March 15, 2012    WOLFE & WYMAN, LLP

By: W. Brian Jones, Esq.
Attorneys for Defendant
CITIBANK, NATIONAL ASSOCIATION

## ORDER

Good cause appearing for approval of the stipulation of the parties, it is hereby ordered that CITIBANK, NATIONAL ASSOCIATION, as successor by merger to CITIBANK (South Dakota), N.A., be substituted into this action as a defendant in the place of the originally-named defendant, CITIBANK (South Dakota), N.A.

Dated: 3/19, 2012

Hon. Edward M. Chen
United States

IT IS SO ORDERED
Judge Edward M. Chen

EL-AHEIDAB V. CITIBANK, ET AL.
U.S.D.C. CASE #3:11-CV-05359-EMC
STIPULATION TO SUBSTITUTE DEFENDANTS, AND ORDER APPROVING STIPULATION

2