CURTIS F. DOWLING (SBN 188091)
**DOWLING & MARQUEZ, LLP**
703 Market Street, Suite 1610
San Francisco, California 94103
Tel: (415) 495-8500
Fax: (415) 495-8590

Attorneys for Plaintiff
ADAM EL-AHEIDAB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITIBANK (SOUTH DAKOTA), N.A., et al.<br><br>　　　　　Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER APPROVING STIPULATION** |

In light of the parties' prior approved stipulation to extend the time for defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to CITIBANK (South Dakota), N.A., to respond to plaintiff's second amended complaint, the parties, by and through their counsel of record, hereby stipulate to the following:

　　　　1.　　For a 3-week continuance of the case management conference presently set for April 13, 2012 at 9:00 a.m. in courtroom 5 to May 4, 2012 at 9:00 a.m. in courtroom 5, and for a tandem extension of the deadline for the parties to file a case management statement from

**EL-AHEIDAB V. CITIBANK, ET AL.**
U.S.D.C. CASE #3:11-CV-05359-EMC
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER APPROVING STIPULATION

April 6, 2012 to April 27, 2012.

Dated: April 5, 2012  DOWLING & MARQUEZ, LLP

By: Curtis F. Dowling, Esq.
Attorneys for Plaintiff
ADAM EL-AHEIDAB

Dated: April 4, 2012  WOLFE & WYMAN, LLP

By: W. Brian Jones, Esq.
Attorneys for Defendant
CITIBANK, NATIONAL ASSOCI-
ATION

### ORDER

Good cause appearing for approval of the stipulation of the parties, it is hereby ordered that the case management conference presently set for April 13, 2012 at 9:00 a.m. in courtroom 5 be continued to ~~May 4, 2012~~ Tuesday May 8, 2012 at 9:00 a.m. in courtroom 5, and that the April 6, 2012 deadline for the parties to file a case management statement be extended to April 27, 2012.

Dated: 4/9, 2012

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

EL-AHEIDAB V. CITIBANK, ET AL.
U.S.D.C. CASE #3:11-CV-05359-EMC
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER APPROVING STIPULATION

## PROOF OF SERVICE

I, Khakie Phommahaxay, declare:

I am employed within the City and County of San Francisco. My business address is 703 Market Street, Suite 1610, San Francisco, California 94103-2126. I am over the age of eighteen and not a party of the within action.

On April 5, 2012, I served the following:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER APPROVING STIPULATION**

☒ **BY MAIL** - by putting the same in an envelope for collection and processing for mailing according to the regular business practice of this firm. I am readily familiar with the "business" practice for collection and processing of correspondence for mailing with the United States Postal Service, the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service, and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **BY FAX** - by prior agreement between the parties, by transmitting to a facsimile machine maintained by the party(ies) on whom it is served at the telephone number given by that party(ies).

☐ **BY PERSONAL HAND-DELIVERY**

☐ **BY HAND-DELIVERY** - by hand-delivery via messenger service.

☐ **BY OVERNIGHT DELIVERY** - by putting the same in an envelope or package designated by FedEx, with the required postage prepaid, FedEx Overnight mail, and depositing same in a FedEx drop-off mail box at 705 Market Street, San Francisco.

1

1    ☐ **BY CERTIFIED MAIL** - by putting the same in an envelope, postage prepaid, certified, return receipt requested and first-class mail, and depositing same in a United States Postal Service mail box at 150 Sutter Street, San Francisco.

Parties were served as follows:

**Stuart B. Wolfe, Esq.**
**Brian H. Gunn, Esq.**
**W. Brian Jones, Esq.**
**Wolfe & Wyman, LLP**
**2175 N. California Boulevard, Suite 645**
**Walnut Creek, California 94596-3502**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on, April 5, 2012, at San Francisco, California.

_____
Khakie Phommahaxay

(El-Aheidab vs. Citibank, et al..)