Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
W. Brian Jones (SBN 251889)
wbjones@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
CITIBANK, NATIONAL ASSOCIATION, as
successor by merger to Citibank (South Dakota), N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>  Plaintiff,<br><br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC<br>Date: May 8, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 5, 17th Floor<br><br>Assigned to the Hon. Edward M. Chen |

COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

WHEREAS, the Court scheduled a case management conference for May 8, 2012;

WHEREAS, the Parties request a continuance of the case management conference;

NOW, THEREFORE, the Parties stipulate and agree that the Court's case management conference shall be continued to June 1, 2012, or another date thereafter that is convenient for the Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial

1 Case Management Conference and ADR Deadlines" shall comport with the continued Case
2 Management Conference date.
3     IT IS SO STIPULATED.
4 DATED: April 26, 2012      WOLFE & WYMAN LLP

6      By: /s/ W. Brian Jones  SBN 251889
7      STUART B. WOLFE
     BRIAN H. GUNN
     W. BRIAN JONES
8      Attorneys for Defendant
9      **CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

11 DATED: 4/26/2012      DOWLING & MARQUEZ, LLP

13      By:_____
     CURTIS F. DOWLING, ESQ.
14      Attorneys for Plaintiff
     **ADAM EL-AHEIDAB**

16                                **ORDER**

17     The Court, having reviewed the Stipulation Continuing Case Management Conference, and
18 good cause appearing therefore, makes the following Order:
19     The Case Management Conference currently scheduled for May 8, 2012 at 9:00 a.m., is
20 hereby continued to ___June 1, 2012 at 9:00 a.m.___, and all deadlines contained in the Court's "Order
21 Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued
22 Case Management Conference date.
23     IT IS SO ORDERED.

25 Dated: 5/1/12 _____
26     U.S. DISTRICT [IT IS SO ORDERED / Judge Edward M. Chen]

2
STIPULATION AND ORDER CONTINUING CMC

1062955.1