Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
W. Brian Jones (SBN 251889)
wbjones@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
CITIBANK, NATIONAL ASSOCIATION, as
successor by merger to Citibank (South Dakota), N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>  Plaintiff,<br><br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC<br>Date:  May 8, 2012<br>Time:  9:00 a.m.<br>Place:  Courtroom 5, 17th Floor<br><br>Assigned to the Hon. Edward M. Chen |

COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

WHEREAS, the Court scheduled a case management conference for May 8, 2012;

WHEREAS, the Parties request a continuance of the case management conference;

NOW, THEREFORE, the Parties stipulate and agree that the Court's case management conference shall be continued to June 1, 2012, or another date thereafter that is convenient for the Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial

1
**STIPULATION AND ORDER CONTINUING CMC**

1062955.1

Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED: April 26, 2012                   WOLFE & WYMAN LLP

                                        By: /s/ W. Brian Jones  SBN 251889
                                            STUART B. WOLFE
                                            BRIAN H. GUNN
                                            W. BRIAN JONES
                                        Attorneys for Defendant
                                        **CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

DATED: 4/26/2012                        DOWLING & MARQUEZ, LLP

                                        By:_____
                                            CURTIS F. DOWLING, ESQ.
                                        Attorneys for Plaintiff
                                        **ADAM EL-AHEIDAB**

## ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and good cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for May 8, 2012 at 9:00 a.m., is hereby continued to June 1, 2012 at 9:00 a.m., and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO ORDERED.

Dated: 5/1/12                           _____
                                        U.S. DISTRICT

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*