**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
CITIBANK, NATIONAL ASSOCIATION, as
successor by merger to Citibank (South Dakota), N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC<br>Date: June 1, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 5, 17th Floor<br><br>Assigned to the Hon. Edward M. Chen |

COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

　　　　WHEREAS, the Court scheduled a case management conference for June 1, 2012;

　　　　WHEREAS, the Parties request a continuance of the case management conference;

　　　　WHEREAS, W. Brian Jones, Esq. of Wolfe & Wyman LLP, is no longer with the firm, and Joshua M. Bryan, Esq. is the new handling attorney on this case and having recently been assigned, has not had sufficient time to review this case.

---

1

STIPULATION AND ORDER CONTINUING CMC

NOW, THEREFORE, the Parties stipulate and agree that the Court's case management conference shall be continued to July 3, 2012, or another date thereafter that is convenient for the Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED: May 25, 2012                    WOLFE & WYMAN LLP

By: /s/ Joshua M. Bryan, Esq.  SBN 225230
    BRIAN H. GUNN
    JOSHUA M. BRYAN
Attorneys for Defendant
**CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

DATED: May 25, 2012                    DOWLING & MARQUEZ, LLP

By: /s/ Curtis F. Dowling (with authorization)
    CURTIS F. DOWLING, ESQ.
Attorneys for Plaintiff
**ADAM EL-AHEIDAB**

### ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and good cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for June 1, 2012 at 9:00 a.m., is hereby continued to __7/13/12 at 9:00 a.m.__, and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO ORDERED.

Dated: 5/25/12

_____
U.S. DIST[RICT JUDGE]
Judge Edward M. Chen

IT IS SO ORDERED

STIPULATION AND ORDER CONTINUING CMC

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                               )  ss.
COUNTY OF CONTRA COSTA         )

I, Lisa White, declare: I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is 2175 N. California Blvd., Suite 645, Walnut Creek, California 94596-3502.

On May 15, 2012, I served the document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐   **BY MAIL**: as follows:
   ☐   STATE - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
   ☐   FEDERAL – I deposited such envelope in the U.S. Mail at Walnut Creek, California, with postage thereon fully prepaid.

☐   **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐   **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☒   **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case.

☐   **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒   **STATE**       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **FEDERAL**    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on May 15, 2012, at Walnut Creek, California.

*/s/ Lisa White*
LISA WHITE

---
1
**CERTIFICATE OF SERVICE**

945336.1

**SERVICE LIST**
U.S.D.C., Northern District, Case No. 3:11-cv-05359-EMC
<u>Adam El-Aheidab v. Citibank (South Dakota), N.A., et al.</u>
W&W File No. 1133-758
[Revised: 11/11/11]

| Curtis F. Dowling, Esq.<br>DOWLING & MARQUEZ, LLP<br>703 Market Street, Suite 1610<br>San Francisco, CA 94103 | **Attorneys for Plaintiff**<br>**ADAM EL-AHEIDAB**<br>Tel: (415) 495-8500<br>Fax: (415) 495-8590<br>Email: *curtis@dowlingmarquez.com*<br>*curtis@beckmanmarquezllp.com*<br>*info@beckmanmarquezllp.com* |
|---|---|



**CERTIFICATE OF SERVICE**

945336.1