Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
CITIBANK, NATIONAL ASSOCIATION, as
successor by merger to Citibank (South Dakota), N.A

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC<br>Date: July 13, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 5, 17th Floor<br><br>Assigned to the Hon. Edward M. Chen |

COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

WHEREAS, the Court scheduled a case management conference for July 13, 2012;

WHEREAS, the Parties request a continuance of the case management conference;

WHEREAS, the parties agree that a continuance will facilitate discussions pertaining to potential resolution of the action.

NOW, THEREFORE, the Parties stipulate and agree that the Court's case management conference shall be continued to August 21, 2012, or another date thereafter that is convenient for

1
**STIPULATION AND ORDER CONTINUING CMC**

the Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

    IT IS SO STIPULATED.

DATED: July 6, 2012    WOLFE & WYMAN LLP

By: /s/ Joshua M. Bryan, Esq. SBN 225230
    BRIAN H. GUNN
    JOSHUA M. BRYAN
Attorneys for Defendant
**CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

DATED: July 9, 2012    DOWLING & MARQUEZ, LLP

By: _____
    CURTIS F. DOWLING, ESQ.
Attorneys for Plaintiff
**ADAM EL-AHEIDAB**

## ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and good cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for July 13, 2012 at 9:00 a.m., is hereby continued to ___August 21 at 9:00 am___ and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

    IT IS SO ORDERED.

Dated: 7/10/12

U.S. DISTR____

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen