**Brian H. Gunn (SBN 192594)**
***bhgunn@wolfewyman.com***
**Joshua M. Bryan (SBN 225230)**
***jmbryan@wolfewyman.com***
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone: (925) 280-0004**
**Facsimile: (925) 280-0005**

**Attorneys for Defendant**
**CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:11-cv-05359-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC<br>Date: July 13, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 5, 17th Floor<br><br>Assigned to the Hon. Edward M. Chen |

COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

WHEREAS, the Court scheduled a case management conference for July 13, 2012;

WHEREAS, the Parties request a continuance of the case management conference;

WHEREAS, the parties agree that a continuance will facilitate discussions pertaining to potential resolution of the action.

NOW, THEREFORE, the Parties stipulate and agree that the Court's case management conference shall be continued to August 21, 2012, or another date thereafter that is convenient for



W&W WOLFE & WYMAN LLP ATTORNEYS & COUNSELORS AT LAW

the Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED: July 6, 2012

WOLFE & WYMAN LLP

By: /s/ Joshua M. Bryan, Esq. SBN 225230
BRIAN H. GUNN
JOSHUA M. BRYAN
Attorneys for Defendant
**CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

DATED: July 9, 2012

DOWLING & MARQUEZ, LLP

By: ______________________
CURTIS F. DOWLING, ESQ.
Attorneys for Plaintiff
**ADAM EL-AHEIDAB**

**ORDER**

The Court, having reviewed the Stipulation Continuing Case Management Conference, and good cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for July 13, 2012 at 9:00 a.m., is hereby continued to August 21 at 9:00 am and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO ORDERED.

Dated: 7/10/12

U.S. DISTR[ICT JUDGE]

UNITED STATES DISTRICT COURT
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA



WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

1112070.1