1  **Brian H. Gunn (SBN 192594)**
   *bhgunn@wolfewyman.com*
2  **Joshua M. Bryan (SBN 225230)**
   *jmbryan@wolfewyman.com*
3  **WOLFE & WYMAN LLP**
   **2175 N. California Blvd., Suite 645**
4  **Walnut Creek, California 94596-3502**
   **Telephone: (925) 280-0004**
5  **Facsimile: (925) 280-0005**

6  **Attorneys for Defendant**
   **CITIBANK, NATIONAL ASSOCIATION, as**
7  **successor by merger to Citibank (South Dakota), N.A**

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM EL-AHEIDAB, | Case No.: 3:11-cv-05359-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** (modified) |
| v. | |
| CITIBANK (SOUTH DAKOTA), N.A., and DOES 1 through 25, inclusive, | Current CMC<br>Date:  August 21, 2012<br>Time:  9:00 a.m.<br>Place: Courtroom 5, 17th Floor |
| Defendants. | Assigned to the Hon. Edward M. Chen |

COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

WHEREAS, the Court scheduled a case management conference for August 21, 2012;

WHEREAS, the Parties request a continuance of the case management conference;

WHEREAS, the parties agree that a continuance will facilitate ongoing discussions pertaining to potential resolution of the action.

NOW, THEREFORE, the Parties stipulate and agree that the Court's case management conference shall be continued to September 18, 2012, or another date thereafter that is convenient

1
**STIPULATION AND ORDER CONTINUING CMC**

for the Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED: August 16, 2012                WOLFE & WYMAN LLP


By: /s/ Joshua M. Bryan  SBN 225230
    BRIAN H. GUNN
    JOSHUA M. BRYAN
Attorneys for Defendant
**CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

DATED: August 16, 2012                DOWLING & MARQUEZ, LLP


By: /s/ Curtis F. Dowling (with authorization)
    CURTIS F. DOWLING, ESQ.
Attorneys for Plaintiff
**ADAM EL-AHEIDAB**

## ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and good cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for August 21, 2012 at 9:00 a.m., is hereby continued to  September 14, 2012, and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO ORDERED.

Dated: August 16, 2012

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

**STIPULATION AND ORDER CONTINUING CMC**

1150509.1