1  Brian H. Gunn (SBN 192594)
   *bhgunn@wolfewyman.com*
2  Joshua M. Bryan (SBN 225230)
   *jmbryan@wolfewyman.com*
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 645
4  Walnut Creek, California 94596-3502
   Telephone: (925) 280-0004
5  Facsimile:  (925) 280-0005

6  Attorneys for Defendant
   CITIBANK, NATIONAL ASSOCIATION, as
7  successor by merger to Citibank (South Dakota), N.A

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  ADAM EL-AHEIDAB,                  | Case No.: 3:11-cv-05359-EMC

12         Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE AND CASE MANAGEMENT CONFERENCE**

13  v.

14  CITIBANK (SOUTH DAKOTA), N.A., and
    DOES 1 through 25, inclusive,      | Current Dates:
15                                     | Mediation Completion Date: 11/06/12
           Defendants.                 | Mediation Date: 11/15/12
16                                     | CMC Date: 11/30/12

17                                     | Assigned to the Hon. Edward M. Chen

18

19

20       COME NOW Defendant CITIBANK, NATIONAL ASSOCIATION, as successor by merger

21  to Citibank (South Dakota), N.A. ("Citibank") and Plaintiff ADAM EL-AHEIDAB ("Plaintiff")

22  (collectively, "the Parties"), and hereby stipulate as follows:

23       WHEREAS, the Court set a mediation completion date in this matter for November 6, 2012;

24       WHEREAS, the mediation is currently scheduled to take place on December 6, 2012, before

25  the Honorable Suzanne K. Nusbaum (Ret.), and may be rescheduled to a later date;

26       WHEREAS, the Court scheduled a case management conference for November 30, 2012;

27  WHEREAS, the Parties request a continuance of the mediation completion date, the mediation and

28  case management conference;

---
1
STIPULATION AND ORDER CONTINUING MEDIATION COMPLETION DATE; CMC

WHEREAS, the parties agree that a continuance will facilitate ongoing discussions pertaining to potential resolution of the action; and

WHEREAS, the mediator has agreed a continuance is appropriate.

NOW, THEREFORE, the Parties stipulate and agree that mediation completion date shall be continued to at least January 15, 2013; the mediation shall be held on a date agreeable to the Mediator and the parties prior to the completion date; and the Court's case management conference shall be continued for approximately 60 days to February 1, 2013, or to another date thereafter that is convenient for the Court. The Parties further stipulate that all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED: November 8, 2012          WOLFE & WYMAN LLP


By: /s/ Joshua M. Bryan  SBN 225230
    BRIAN H. GUNN
    JOSHUA M. BRYAN
Attorneys for Defendant
**CITIBANK, NATIONAL ASSOCIATION, as successor by merger to Citibank (South Dakota), N.A**

DATED: November 8, 2012          DOWLING & MARQUEZ, LLP


By: /s/ Curtis F. Dowling (with authorization)
    CURTIS F. DOWLING, ESQ.
Attorneys for Plaintiff
**ADAM EL-AHEIDAB**

### ORDER

The Court, having reviewed the Stipulation and Proposed Order Continuing the Mediation Completion Date and the Case Management Conference, and good cause appearing therefore, makes the following Order:

///

1  The mediation completion date shall be continued to January 15, 2013, and the mediation
2  shall be continued to a date agreeable to the Mediator and the parties prior to the completion date.
3  The Case Management Conference currently scheduled for November 30, 2012, is hereby continued
4  to February 7, 2013 at 10:30 a.m./~~p.m.~~, and all deadlines contained in the Court's "Order
5  Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued
6  Case Management Conference date.
7  IT IS SO ORDERED.

Dated: November 13, 2012



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

---

3
**STIPULATION AND ORDER CONTINUING MEDIATION COMPLETION DATE; CMC**