1

2

3

4          UNITED STATES DISTRICT COURT

5         NORTHERN DISTRICT OF CALIFORNIA

6

7    ADAM EL-AHEIDAB,                         Case No.  11-cv-05359-JST
                 Plaintiff,
8
          v.                                  **ORDER OF REFERENCE**
9
     CITIBANK, NATIONAL ASSOCIATION,          Re: Dkt. Nos. 47, 48
10
                 Defendant.
11

12

13       Pursuant to Local Rule 72-1, it is HEREBY ORDERED that Defendant's Motions to

14   Compel Plaintiff's Responses to Special Interrogatories and Request for Production of Documents,

15   ECF Nos. 47, 48, are referred to a Magistrate Judge, with any motions to be heard and considered

16   at the convenience of his or her calendar.  Counsel will be advised of the date, time and place of

17   appearance by notice from the assigned Magistrate Judge.

18       **IT IS SO ORDERED.**

19   Dated: April 25, 2013

20                                            _____
                                              JON S. TIGAR
21                                            United States District Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California