UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM EL-AHEIDAB,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIBANK, NATIONAL ASSOCIATION,<br><br>  Defendant. | Case No.  11-cv-05359-JST<br><br>**ORDER OF REFERENCE**<br><br>Re: Dkt. Nos. 47, 48 |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that Defendant's Motions to Compel Plaintiff's Responses to Special Interrogatories and Request for Production of Documents, ECF Nos. 47, 48, are referred to a Magistrate Judge, with any motions to be heard and considered at the convenience of his or her calendar.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: April 25, 2013



JON S. TIGAR
United States District Judge