UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM EL-AHEIDAB,<br>*Plaintiff*,<br>v.<br>CITIBANK, NATIONAL ASSOCIATION,<br>*Defendant*. | Case No. 11-cv-05359-WHO<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE (FRCP 41(a)(2))**<br><br>Re: Dkt. No. 54 |

On July 1, 2013, the Plaintiff, by his counsel, informed the Court that the parties have entered a written settlement agreement and requested that the Court dismiss this entire action with prejudice, with each party bearing its own attorneys' fees and costs. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** Plaintiff's request. **IT IS HEREBY ORDERED** that this action is dismissed **with** prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: July 2, 2013

WILLIAM H. ORRICK
United States District Judge